IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| JOYCE ANN JOSIE, individually as surviving parent of Kendrick Onterio Dallas, deceased, and as the Administrator of the Estate of Kendrick Onterio Dallas,<br><br>Plaintiff,<br><br>vs.<br><br>BARTOW COUNTY, et al.<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 4:24-CV-00290-WMR |

## CONSENT MOTION TO EXTEND TIME WITHIN WHICH DEFENDANTS MAY ANSWER PLAINTIFF'S COMPLAINT

COME NOW Defendants, and, pursuant to Fed.R.Civ.P. 6(b)(1), file this Consent Motion to Extend Time Within Which Defendants may answer or respond to Plaintiff's Complaint, as follows:

1.

Plaintiff filed her Complaint in this Court on December 5, 2024. Defendants anticipate filing an Answer and Defenses to the Complaint but some need additional time to do so as some Defendants were served before others.

2.

- 2 -

Plaintiff, through the undersigned counsel of record, consents to an extension, up to and including January 17, 2025, for Defendants to file and serve an Answer to Plaintiff's Complaint, without waiver or default of any kind.

THEREFORE, Defendants respectfully request that the Court inquire into this matter and grant the consent motion to extend the time within which Defendants may serve their Answer, up to and including January, 17, 2025.

RESPECTFULLY submitted this 23rd day of December, 2024.

| /s/ Terry E. Williams | /s/ Cory Barnwell |
|---|---|
| TERRY E. WILLIAMS | CORY BARNWELL |
|  | (By Terry E. Williams w/express permission) |
| Georgia Bar No. 764330 | Georgia Bar No. 466740 |
| Attorneys for Defendant Stewart | Attorneys for Plaintiff |
| Williams & Waymire, LLC | Barnwell Law Group, P.C. |
| Bldg. 400, Suite A | 1132 Satellite Boulevard |
| 4330 S. Lee Street | Suite 200 |
| Buford, GA 30518 | Suwanee, GA 33024 |
| 678-541-0790 | 404-559-6214 |
| 678-541-0789 | 404-559-0778 |
| terry@wmwlaw.com | cbarnwell@barnwelllawgroup.com |